# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF GEORGIA
# WAYCROSS DIVISION

JERRY ROLLINS OGLESBY,

    Petitioner,

v.                          CIVIL ACTION NO.: CV514-098

Sheriff GREG NOBELS, Long County;
Sheriff STEVE C. SIKES, Liberty County;
and Sheriff RANDY F. ROYAL,
Ware County,

    Respondents.

## ORDER

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, to which Petitioner Jerry Oglesby ("Oglesby") filed Objections. In his Objections, Oglesby sets forth several allegations that he did not make in his original petition. This Court's usual practice is to not entertain arguments and/or materials submitted for the first time in objections to a report and recommendation. Williams v. McNeil, 557 F.3d 1287 (11th Cir. 2009). However, even considering these new allegations, Oglesby presents no grounds for relief in this Court, either pursuant to 28 U.S.C. § 2254 or 42 U.S.C. § 1983, as the Magistrate Judge concluded.

Oglesby has also filed a Motion for Voluntary Dismissal of Randy Royal. Oglesby asserts that the conditions of confinement at the Ware County Jail have improved, and

his claims against Randy Royal should be dismissed with prejudice. Oglesby's Motion is **GRANTED**. Oglesby's section 1983 conditions of confinement claims against Randy Royal are **DISMISSED**.

Oglesby's Objections are **overruled**. The Magistrate Judge's Report and Recommendation, with the exception of the recommended disposition of Plaintiff's 42 U.S.C. § 1983 conditions of confinement claims against Randy Royal, is adopted as the opinion of the Court. Oglesby's pleading, docketed as being brought pursuant to 28 U.S.C. § 2241, is **DISMISSED**, without prejudice. The Clerk of Court is directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 16 day of January, 2015.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)